| | |
|---|---|
| **UNITED STATES DISTRICT COURT** | **EASTERN DISTRICT OF TEXAS** |

CHRISTOPHER S. FUHRE, §
§
      Plaintiff, §
§
versus § CIVIL ACTION NO. 9:22-CV-190
§
SERGEANT RICHARD HARRELLSON, §
*et al.*, §
§
      Defendants. §

## MEMORANDUM ORDER ADOPTING THE
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, Christopher S. Fuhre, a former pre-trial detainee at the San Jacinto County Jail, proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against Defendants Sergeant Richard Harrellson, Sheriff Woody Wallace, Trinity County Sheriff's Department, and the City of Trinity.  The court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, for consideration pursuant to the applicable laws and orders of this court. On March 22, 2023, the magistrate judge entered a Report and Recommendation (#14) in which she recommended denying Plaintiff's Motion for Default Judgment. To date, Plaintiff has not filed objections to the report.

The court received and considered the Report and Recommendation of the United States Magistrate Judge pursuant to such referral, along with the record, pleadings and all available evidence.  After careful review, the court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

Accordingly, the Report and Recommendation of the United States Magistrate Judge (#14) is **ADOPTED**.

SIGNED at Beaumont, Texas, this 7th day of June, 2023.

MARCIA A. CRONE<br>
UNITED STATES DISTRICT JUDGE