| UNITED STATES DISTRICT COURT | § | EASTERN DISTRICT OF TEXAS |

CHRISTOPHER S. FUHRE, §
§
    Plaintiff, §
§
*versus* § CIVIL ACTION NO. 9:22-CV-190
§
RICHARD HARRELLSON, *et al.*, §
§
    Defendants. §

## MEMORANDUM ORDER ADOPTING
## THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

    Plaintiff Christopher S. Fuhre, proceeding *pro se*, filed this civil rights lawsuit. The court previously referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending that the claims against defendant Woody Wallace, the Trinity County Sheriff's Department and the City of Trinity be dismissed as frivolous and for failure to state a clam upon which relief may be granted. To date, the parties have not filed objections.

    The court has received the Report and Recommendation, along with the record, pleadings, and all available evidence. After careful review, the court finds that the findings of fact and conclusions of law of the magistrate judge are correct.

    Accordingly, the Report and Recommendation of United States Magistrate Judge (#17) is **ADOPTED**. The claims against Woody Wallace, the Trinity County Sheriff's Department and the City of Trinity are **DISMISSED** as frivolous and for failure to state a claim upon which relief may be granted.

    Signed this date
    Jun 13, 2024

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE