| | |
|---|---|
| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

CHRISTOPHER S. FUHRE, §
　　　　　　　　　　　　　　　§
　　　　　Plaintiff, §
　　　　　　　　　　　　　　　§
*versus* § CIVIL ACTION NO. 9:22-CV-190
　　　　　　　　　　　　　　　§
RICHARD HARRELLSON, §
　　　　　　　　　　　　　　　§
　　　　　Defendant. §

## MEMORANDUM ORDER OVERRULING OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Christopher S. Fuhre, proceeding *pro se*, filed the above-styled civil rights lawsuit pursuant to 42 U.S.C. § 1983 against Richard Harrellson, a deputy sheriff. The court previously referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to 28 U.S.C. § 636 and orders of this court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending that a motion to dismiss filed by the defendant be granted with respect to the claims of defamation and unconstitutional search and denied with respect to the claims of false arrest and excessive use of force.

The court has received the Report and Recommendation, along with the record, pleadings, and all available evidence. Both parties filed objections to the magistrate judge's Report and Recommendation.

The court has conducted a *de novo* review of the objections in relation to the pleadings and the applicable law. After careful consideration, the court is of the opinion the objections are without merit. The magistrate judge correctly concluded plaintiff's claim of defamation is barred by the applicable statute of limitations and that his allegations regarding being subjected to an unconstitutional search fail to state a claim upon which relief may be granted. Further, plaintiff alleges the defendant deliberately ran his truck into plaintiff's car and arrested him without probable cause. At this point, plaintiff's allegations must be accepted as true and construed in his

favor. As a result, the defendant is not entitled to have the claims of excessive force and false arrest dismissed based on qualified immunity at this stage of the proceedings.

## ORDER

Accordingly, the objections filed by plaintiff (#26) and the defendant (#27) are **OVERRULED**. The findings of fact and conclusions of law set forth in the report of the magistrate judge (#25) are correct, and the report of the magistrate judge is **ADOPTED**. The motion to dismiss (#22) is **GRANTED** with respect to the claims of defamation and an unconstitutional search and **DENIED** with respect to the claims of false arrest and excessive use of force.

SIGNED at Beaumont, Texas, this 9th day of September, 2025.

_Marcia A. Crone_
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE